STATE OF MINNESOTA
IN SUPREME COURT



FILED

January 19, 2017

OFFICE OF
APPELLATE COURTS

In re Petition for Disciplinary Action against
Kara Jane Jensen Zitnick, a Minnesota Attorney,
Registration No. 0317469.

# ORDER

By order filed on December 16, 2015, we suspended respondent Kara Jane Jensen Zitnick from the practice of law for a minimum of 60 days. *In re Zitnick*, 872 N.W.2d 539, 540 (Minn. 2015) (order). We expressly stated that within 1 year of the date of the filing of our order, respondent was required to file with the Clerk of the Appellate Courts proof of successful completion of the professional responsibility portion of the state bar examination and that failure to do so would result in automatic re-suspension, pending proof of successful completion of the examination. *Id.* at 541; *see also* Rule 18(e)(3), Rules on Lawyers Professional Responsibility (RLPR).

We conditionally reinstated respondent on August 15, 2016. *In re Zitnick*, 883 N.W.2d 771, 771 (Minn. 2016) (order). In the reinstatement order, we repeated the requirement that by December 16, 2016, respondent had to file with the Clerk of the Appellate Courts proof of successful completion of the professional responsibility portion of the state bar examination or she would be re-suspended, pending proof of successful completion of the examination. *Id.* at 772; *see also* Rule 18(e)(3), RLPR.

Rule 18(e)(3), RLPR, provides that, unless waived by this court, a lawyer who has been suspended for 90 days or less "must, within one year from the date of the suspension order, successfully complete such written examination" for the professional responsibility portion of the state bar examination. "Except upon motion and for good cause shown, failure to successfully complete this examination shall result in automatic suspension of the lawyer effective one year after the date of the original suspension order." *Id.*

Respondent did not provide this court with proof by December 16, 2016, that she had successfully passed the professional responsibility portion of the state bar examination. By order filed on December 29, 2016, we gave respondent 10 days to file proof of cause why she should not be immediately suspended pending her successful completion of the professional responsibility portion of the state bar examination. *In re Zitnick*, No. A15-0743, Order at 1-2 (Minn. filed Dec. 29, 2016). We stated that "[i]f no proof of cause is filed . . . within 10 days of the date of this order, respondent shall be immediately suspended without further notice or proceedings." *Id.* at 2. Respondent did not respond to our December 16 order to show cause.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that respondent Kara Jane Jensen Zitnick's conditional reinstatement is revoked and that she is indefinitely suspended, effective 10 days from the date of this order. Respondent shall comply with Rule 26, RLPR (requiring notice of suspension to clients, opposing counsel, and tribunals). Respondent may apply for reinstatement under Rule 18(f), RLPR, by filing with the Clerk of the Appellate Courts and the Director of the Office of Lawyers Professional Responsibility proof that she has

2

received a passing score on the professional responsibility portion of the state bar examination.

Dated:  January 19, 2017

BY THE COURT:

David R. Stras
Associate Justice